### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KALILAH ANDERSON,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **NO.  17-1813** |
| **TRANSUNION, LLC, et al.** | : | |
| | : | |
| **Defendants.** | : | |

### ORDER

**AND NOW**, this 8th day of January, 2018, upon consideration of Defendant Equifax

Information Services, LLC's Motion to Dismiss for Improper Venue, or Alternatively, to

Transfer Venue to the Northern District of Georgia (Doc. No. 29), and there being no response

from any other party, it is **ORDERED** that:

1. The Motion to Dismiss for Improper Venue is **DENIED**;

2. The Motion to Transfer Venue is **GRANTED**;

3. The Clerk of Court is directed to **TRANSFER** the above-captioned case, pursuant

    to 28 U.S.C. § 1404(a), to the United States District Court for the Northern

    District of Georgia.


**BY THE COURT:**


**/s/ Mitchell S. Goldberg**
_____

**MITCHELL S. GOLDBERG, J.**